NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
KEVIN DANIELSON, OSB #065860
Executive Assistant U.S. Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2936
Telephone: (503) 727-1025
kevin.c.danielson@usdoj.gov

JULIE A.K. CUMMINGS, HI #10635
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Social Security Administration
Office of the General Counsel
6401 Security Blvd.
Baltimore, MD 21235
Telephone: (410) 966-1551
Julie.Cummings@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL PETERS ,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:24-cv-00053-AR<br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, the Court hereby ORDERS that this case be remanded to the agency for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will offer Plaintiff the

opportunity for a new hearing, take any further action needed to complete the administrative record, and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

IT IS SO ORDERED this 22nd day of August, 2024.

_____
Hon. Jeff Armistead
United States Magistrate Judge

Presented by:

s/ JULIE A.K. CUMMINGS
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Social Security Administration
Office of the General Counsel
(410) 966-1551
Julie.Cummings@ssa.gov
Attorneys for Defendant